IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| KIMBERLY COLLINS,<br><br>            Plaintiff,<br><br>v.<br><br>CHARLESTON PLACE, LLC,<br>d/b/a BELMOND CHARLESTON PLACE,<br><br>            Defendant. | C. A. No: 2:15-cv-4465-PMD-BM |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Charleston Place, LLC d/b/a Belmond Charleston Place, and moves this Court for summary judgment in its favor as to all claims made by Plaintiff Kimberly Collins, on the grounds that the pleadings, depositions, supporting documents, and supporting affidavits show that there is no genuine issue as to any material fact, and Defendant is entitled to judgment as a matter of law. The reasons for and authority in support of this Motion are more fully set forth in the accompanying Memorandum.

**[SIGNATURE BLOCK ON FOLLOWING PAGE.]**

Dated this 13th day of January 2017.

Respectfully submitted,

*s/Luci L. Nelson*_____

L. Gray Geddie
Fed. I.D. No. 1020

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
The Ogletree Building
300 North Main Street, Suite 500 (29601)
Post Office Box 2757
Greenville, SC  29602
Telephone:     864.271.1300
Facsimile:     864.235.8806
gray.geddie@ogletreedeakins.com

Luci L. Nelson
Fed. I.D. No. 10341

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART
211 King Street, Ste. 200
Post Office Box 1808 (29402)
Charleston, SC 29401
Telephone:     (843) 853-1300
Facsimile:     (843) 853-9992
luci.nelson@ogletreedeakins.com

*Attorneys for Defendant*