# Exhibit C

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2010                                    16/08/2016 15:22:48

## Personal Development Plan

## Page 1 - Competency Areas

## Competencies

## Customer Focus

Agreed rating  3

Any actions as a result of this?  no

How will this happen?  no

When will this be done by?  20/09/2010

Would you like an email to remind you?  No

## Teamwork

Agreed rating  3

Any actions as a result of this?  no

How will this happen?  no

When will this be done by?  20/09/2010

Would you like an email to remind you?  No

## Operational Knowledge

Agreed rating  3

Any actions as a result of this?  no

How will this happen?  no

When will this be done by?  20/09/2010

Would you like an email to remind you?  No

## Communication

Agreed rating  3

Any actions as a result of this?  no

How will this happen?  no

When will this be done by?  20/09/2010

Would you like an email to remind you?  No

## Business Awareness

Agreed rating  3

Any actions as a result of this?  no

How will this happen?  no

When will this be done by?  20/09/2010

Would you like an email to remind you?  No

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2010

16/08/2016 15:22:48

## Innovation and Creativity

Agreed rating  3

Any actions as a result of this?  no

How will this happen?  no

When will this be done by?  20/09/2010

Would you like an email to remind you?  No

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2010                                                16/08/2016 15:22:48

## Personal Development Plan

## Page 2 - Our Values

## Values

| | |
|---|---|
| Any comments about how Kimberly is living our values? | By showing and caring for others needs and showing how proud I am to work at such a nice place of business. |
| Please tell us what Kimberly is going to do over the next 6 months to bring our values to life | Wins back PDG's to raving fan status. |
| | Keeps employees "in the Know" |
| | Handles so many duties that allow others to concentrate on their core job. |

DEF 002426

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2010                                                16/08/2016 15:22:48

## Personal Development Plan

## Page 3 - About Kimberly

## Significant Achievements

Kimberly's significant achievements in the last 12 months Customer Care

 Health and Safety

 Property and Industry

 IT

 Marketing

 Finance

 Time Management

 Sales

 People Management Skills

Please comment her role covers many areas and she touches many disciplines

## Challenges

Has Kimberly faced any challenges since their last review? No

## Learning and Development

Has Kimberly received any development in the last 12 months? On job training

 E-learning

 Work related reading

 Mentoring, coaching

Please give details keeps abreast of pertinent subjects

In which areas do you think Kimberly needs to develop? Health and Safety

## Aspirations

Kimberly's plan for the next 12 months... Satisfied and happy to continue in current role

DEF 002427

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2010                                           16/08/2016 15:22:48

## Personal Development Plan

## Page 4 - About Orient Express

## Role Satisfaction

Comments on how happy Kimberly is and how well company    Doing very well
doing for them

## Ideas and Innovations

Comments on Kimberly's views on the company and any ideas    Everything is fine
and innovations

## And Finally

Any last comment?    happy.

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2011                                          16/08/2016 15:34:36

## Personal Development Plan

## Page 1 - Competency Areas

## Competencies

### Customer Focus

Agreed rating  3

Any actions as a result of this?  -

How will this happen?  -

When will this be done by?  24/06/2011

Would you like an email to remind you?  No

### Teamwork

Agreed rating  3

Any actions as a result of this?  -

How will this happen?  -

When will this be done by?  24/06/2011

Would you like an email to remind you?  No

### Operational Knowledge

Agreed rating  3

Any actions as a result of this?  -

How will this happen?  -

When will this be done by?  24/06/2011

Would you like an email to remind you?  No

### Communication

Agreed rating  3

Any actions as a result of this?  -

How will this happen?  -

When will this be done by?  24/06/2011

Would you like an email to remind you?  No

### Business Awareness

Agreed rating  3

Any actions as a result of this?  -

How will this happen?  -

When will this be done by?  24/06/2011

Would you like an email to remind you?  No

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2011                                    16/08/2016 15:34:36

## Innovation and Creativity

Agreed rating   3

Any actions as a result of this?   -

How will this happen?   -

When will this be done by?   24/06/2011

Would you like an email to remind you?   No

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2011                                16/08/2016 15:34:36

## Personal Development Plan

## Page 2 - Our Values

## Values

| | |
|---|---|
| Any comments about how Kimberly is living our values? | Listen to guests and do what I can to make guest's experiences better and encourage them to be a repeat guest. |
| Please tell us what Kimberly is going to do over the next 6 months to bring our values to life | Wins back PDG's to raving fan status. |
| | Keeps employees "in the Know" |
| | Handles so many duties that allow others to concentrate on their core job. |

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2011                                                    16/08/2016 15:34:36

## Personal Development Plan

## Page 3 - About Kimberly

## Significant Achievements

| | |
|---|---|
| Kimberly's significant achievements in the last 12 months | Customer Care |
| | Health and Safety |
| | Property and Industry |
| | IT |
| | Marketing |
| | Time Management |
| | Sales |
| | People Management Skills |
| Please comment | Great work on numerous fronts including marketing to Conde list which is very good for the hotel. Very |
| | self driven |

## Challenges

| | |
|---|---|
| Has Kimberly faced any challenges since their last review? | No |

## Learning and Development

| | |
|---|---|
| Has Kimberly received any development in the last 12 months? | On job training |
| | E-learning |
| | Self-study |
| | Work related reading |
| | Mentoring, coaching |
| Please give details | nothing substantial, however always open to |
| | seminars etc |
| In which areas do you think Kimberly needs to develop? | Other |

## Aspirations

| | |
|---|---|
| Kimberly's plan for the next 12 months... | Satisfied and happy to continue in current role |

DEF 002432

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2011

16/08/2016 15:34:36

## Personal Development Plan

## Page 4 - About Orient Express

### Role Satisfaction

Comments on how happy Kimberly is and how well company doing for them

happy camper

### Ideas and Innovations

Comments on Kimberly's views on the company and any ideas and innovations

believe Charleston Place is a example for other properties in the way you are appreciated and can easily talk to management. Management keeps us well informed on hotel business which is important during this economic struggle.

### And Finally

Any last comment?   all good.

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2012                                                    16/08/2016 15:35:48

## Personal Development Plan

## Page 1 - Competency Areas

## Competencies

### Customer Focus

Agreed rating   3

Any actions as a result of this?   -

How will this happen?   -

When will this be done by?   18/07/2012

Would you like an email to remind you?   No

### Teamwork

Agreed rating   3

Any actions as a result of this?   -

How will this happen?   -

When will this be done by?   18/07/2012

Would you like an email to remind you?   No

### Operational Knowledge

Agreed rating   3

Any actions as a result of this?   -

How will this happen?   -

When will this be done by?   18/07/2012

Would you like an email to remind you?   No

### Communication

Agreed rating   3

Any actions as a result of this?   -

How will this happen?   -

When will this be done by?   18/07/2012

Would you like an email to remind you?   No

### Business Awareness

Agreed rating   3

Any actions as a result of this?   -

How will this happen?   -

When will this be done by?   18/07/2012

Would you like an email to remind you?   No

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2012                                              16/08/2016 15:35:48

## Innovation and Creativity

Agreed rating  3

Any actions as a result of this?  -

How will this happen?  -

When will this be done by?  18/07/2012

Would you like an email to remind you?  No

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2012                                        16/08/2016 15:35:48

## Personal Development Plan

## Page 2 - Our Values

## Values

| | |
|---|---|
| Any comments about how Kimberly is living our values? | When speaking or writing to a guest -- want each guest to feel valued and appreciated and urge them to be a repeat guest. If they are a repeat guest that is noted in reservation and in correspondence stating our goal is to have each guest to be a repeat guest. Ask them how their stay was and let them know their detailed feedback is much appreciated. Keeping associates update to date and 'In the Know' with our values and brands. |
| Please tell us what Kimberly is going to do over the next 6 months to bring our values to life | produces in the Know, communicates with past customers, handles guest issues with great character, delights past guests, etc |

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2012                                        16/08/2016 15:35:48

## Personal Development Plan

## Page 3 - About Kimberly

## Significant Achievements

Kimberly's significant achievements in the last 12 months | Customer Care

Health and Safety

Property and Industry

IT

Marketing

Finance

Time Management

Sales

Please comment | Work on many different projects especially keeping in contact with our Conde Nast and Travel+Leisure guests with letters, notes and Christmas cards with over 3,000 individually addressed, stuffed, sealed and mailed so the guest is not receiving a generic holiday card.

## Challenges

Has Kimberly faced any challenges since their last review? | No

## Learning and Development

Has Kimberly received any development in the last 12 months? | On job training

Learning and development course

Worked in other department

Mentoring, coaching

Please give details | Enjoyed on job training for the new system Opera and work with people who have questions with the system and I enjoy learning new procedures in Opera and that happens frequently. This office makes a great many special reservations and we use the system on a daily basis.

In which areas do you think Kimberly needs to develop? | People Management Skills

## Aspirations

Kimberly's plan for the next 12 months... | Satisfied and happy to continue in current role

© Talent Toolbox ltd 2012

DEF 002437

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2012                                          16/08/2016 15:35:48

## Personal Development Plan

## Page 4 - About Orient Express

## Role Satisfaction

Comments on how happy Kimberly is and how well company doing for them          happy camper

## Ideas and Innovations

Comments on Kimberly's views on the company and any ideas and innovations          The staff's goal is to go the extra mile for each guest whether they pay a discounted rate or full rate. Treat each guest just as important as another. Each guest is to be respected and appreciated. Without our guests in this difficult economic times especially in the luxury hotel industry, we would not be able to employ crucial jobs. Human Resources does a great job in showing how each job matters. Dish washer is just important as a Sales Manager.

## And Finally

Any last comment?    great job kimberly

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2013                                                16/08/2016 15:36:34

## Personal Development Plan

## Page 1 - Competency Areas

## Competencies

### Customer Focus

Agreed rating   3

Any actions as a result of this?   Na

How will this happen?   na

Would you like an email to remind you?   No

### Teamwork

Agreed rating   3

Any actions as a result of this?   Na

How will this happen?   na

Would you like an email to remind you?   No

### Operational Knowledge

Agreed rating   3

Any actions as a result of this?   Na

How will this happen?   Na

Would you like an email to remind you?   No

### Communication

Agreed rating   3

Any actions as a result of this?   na

How will this happen?   na

Would you like an email to remind you?   No

### Business Awareness

Agreed rating   3

Any actions as a result of this?   Na

How will this happen?   Na

Would you like an email to remind you?   No

### Innovation and Creativity

Agreed rating   3

Any actions as a result of this?   Na

How will this happen?   na

Would you like an email to remind you?   No

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2013                                          16/08/2016 15:36:34

## Personal Development Plan

## Page 2 - Our Values

## Values

| | |
|---|---|
| Any comments about how Kimberly is living our values? | Every week insert a value in the newsletter for associates to think about. Inserting our values in letters / emails to guests within correspondence. |
| Please tell us what Kimberly is going to do over the next 6 months to bring our values to life | produces in the Know, communicates with past customers, handles guest issues with great character, delights past guests, etc |

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2013                                          16/08/2016 15:36:34

## Personal Development Plan

## Page 3 - About Kimberly

## Significant Achievements

Kimberly's significant achievements in the last 12 months    Customer Care

Property and Industry

IT

Marketing

Time Management

Sales

People Management Skills

Please comment    Helped us in another record year

## Challenges

Has Kimberly faced any challenges since their last review?    No

## Learning and Development

Has Kimberly received any development in the last 12 months?    E-learning

Self-study

Learning and development course

Work related reading

Please give details    another great year

In which areas do you think Kimberly needs to develop?    IT

## Aspirations

Kimberly's plan for the next 12 months...    Satisfied and happy to continue in current role

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2013                                      16/08/2016 15:36:34

## Personal Development Plan

## Page 4 - About Orient Express

### Role Satisfaction

Comments on how happy Kimberly is and how well company doing for them — all good

### Ideas and Innovations

Comments on Kimberly's views on the company and any ideas and innovations — We are great place. Looking foward to seeing new renovated rooms

### And Finally

Any last comment?   Thanks for everything

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2014                                                    16/08/2016 15:37:11

## Personal Development Plan

## Page 1 - Competency Areas

## Competency Areas

## Communication

Agreed rating  5

Development required  na

Actions/Goals to support development  na

When will this be done by?  20/06/2014

Would you like an email to remind you?  No

## Support and Co-operation

Agreed rating  5

Development required  na

Actions/Goals to support development  na

When will this be done by?  20/06/2014

Would you like an email to remind you?  No

## Operational Knowledge

Agreed rating  5

Development required  na

Actions/Goals to support development  na

When will this be done by?  20/06/2014

Would you like an email to remind you?  No

## Business Focus

Agreed rating  5

Development required  na

Actions/Goals to support development  na

When will this be done by?  20/06/2014

Would you like an email to remind you?  No

## Customer Focus

Agreed rating  5

Development required  na

Actions/Goals to support development  na

When will this be done by?  20/06/2014

Would you like an email to remind you?  No

## Significant Achievements

Please tell us about Kimberly's significant achievements in the    Market Metrix, conde naste list, etc etc!!!
last twelve months.

© Talent Toolbox ltd 2012                                                                    page 1

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2014                                              16/08/2016 15:37:11

## Personal Development Plan

## Page 2 - Career Aspirations

## Career Aspirations

Having discussed Kimberly's plan for the next twelve months...  Is satisfied with the role and should stay as it is for now

© Talent Toolbox ltd 2012

DEF 002444

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2014                                                16/08/2016 15:37:11

## Personal Development Plan

## Page 3 - Learning & Development

## Learning & Development

In which areas do you feel Kimberly requires further development?     Brand Awareness

Brand Awareness - Is this needed within the...     Short Term (within 12 months)

BEFORE PRINTING PLEASE THINK ABOUT YOUR RESPONSIBILITY AND COMMITMENT TO THE ENVIRONMENT

Kimberly Collins - Performance Review 2014                                              16/08/2016 15:37:11

## Personal Development Plan

## Page 4 - And Finally...

## The Company

Please comment on how happy Kimberly is and how well the        happy camper
company is doing for them

## And Finally...

Any last comment?  Thank you KC