# Exhibit F



**DEFENDANT'S EXHIBIT 5**



BELMOND

Kimberly Collins <kimberly.collins@belmond.com>

## Fwd: Protesters in hotel

2 messages

**Geno Matesi** <geno.matesi@belmond.com>    Mon, Apr 13, 2015 at 1:50 PM
To: Kimberly Collins <kimberly.collins@belmond.com>

---------- Forwarded message ----------
From: **Leon Scott** <leon.scott@belmond.com>
Date: Mon, Apr 13, 2015 at 1:46 PM
Subject: Protesters in hotel .
To: Geno Matesi <geno.matesi@belmond.com>, Don Sucansky <don.sucansky@belmond.com>, Donna Strouse <donna.strouse@belmond.com>, Carol Etheridge <cetheridge@belmond.com>, Charlie Wellman <cwellman@charlestonplace.com>, Jennifer Casselli <jennifer.casselli@belmond.com>, Shawn Crawford <shawn.crawford@belmond.com>

By now you have already heard (or heard them). #Black Lives Matter protesters entered the lobby very loudly. They went into the Palmetto Cafe yelling "black lives matter' and handing out flyers. Shawn directed them out the Market St. entrance. Shawn is contacting one of the supervisors at CPD to ask if they could assists in anyway. Mostly visibility. This particular group is well guided and respectful. Just loud and disruptive.

Leon

--
Leon Scott
Director of Rooms Division

T: 843 722 4900
F: 843 722 0728

Belmond Charleston Place
205 Meeting Street
Charleston, SC  29401



BELMOND

Treat a special someone to a Belmond Gift Card for a unique experience with our iconic hotels, trains and river cruises worldwide. Whether it's for a spa treatment, a luxury break or a great train journey, give the choice of an occasion to remember.

Plf. Collins  0234