# Exhibit J



Paul Stracey <paul.stracey@belmond.com>

**B E L M O N D**

---

# Fwd: Kimberly Collins

5 messages

---

**Leon Scott** <leon.scott@belmond.com>                                   Tue, Apr 14, 2015 at 11:45 AM
To: Paul Stracy <paul.stracey@belmond.com>

Kimberly lost it. Even I was surprised at what she was spewing out. Let's discuss when you return. Thanks

Leon
————— Forwarded message —————
From: **Leon Scott** <leon.scott@belmond.com>
Date: Tue, Apr 14, 2015 at 9:16 AM
Subject: Kimberly Collins
To: Jennifer Casselli <jennifer.casselli@belmond.com>, Carol Etheridge <carol.etheridge@belmond.com>


I don't know if we have any option. What she said was not only offensive and wrong. It was intended to hurt and have full impact to all who heard. It did! In an effort to question me and my authority in front of African America Associates did not fair well for her. Questioning my authority who I may comp rooms to. "I'm sure you gave that Al guy a free room"( Al Sharpton who paid $1,000 for suite)  "trouble making.......... (no words). Why doesn't he pay his four million in back taxes?? "If he ( Walter Scott) didn't bolt he wouldn't have gotten shot!" "The police were only doing there job"
"Things were so much better 6 years ago. Obama messed up the whole country." When Carol interjected with not all feel like you" She stated " I'm speaking for all of the white people who were in the diversity class." They are afraid to speak up"
What she said was despicable, distasteful, embarrassing, and hurtful to those associates that heard her. One associate left the table in embarrassment. As we all know what would happen, it's the topic of today. I suggest we suspend her pending investigation. Ann has been informed. Let's wait to see. Carol has more detailed comments that she made.
Do we meet with those associates to apologize for her behavior?

Leon


--
Leon Scott
Director of Rooms Division

T: 843 722 4900
F: 843 722 0728

Belmond Charleston Place
205 Meeting Street
Charleston, SC  29401



**B E L M O N D**



DEFENDANT'S
EXHIBIT
7

