# Exhibit L

April 16, 2015



Dear ▮:

    This letter serves to confirm the recent termination of your employment with Charleston Place Hotel.

    Our records show that your last day worked was April 9, 2015. On that previous Sunday you engaged in an argument with a co-worker that according to witnesses became aggressive. This argument ended with an employee walking off the job in order to remove themselves from the situation. You were previously placed on suspension with a final warning in 2011 for the same infraction. To this end, we have no choice but to end your employment effective April 16, 2015. If you have any questions regarding the contents of this letter, please feel free to contact me directly at (843) 724-8132.

    Bonita, it was a pleasure to have you a part of the team of hospitality professionals at Belmond Charleston Place. Best wishes in your future endeavors.

Sincerely,

Jennifer J. Casselli
Director of Human Resources

CONFIDENTIAL - DEF 003194