# Exhibit M

1              UNITED STATES DISTRICT COURT
              DISTRICT OF SOUTH CAROLINA
2                  CHARLESTON DIVISION

3
   KIMBERLY COLLINS,
4
                  Plaintiff,
5
          vs.          C.A. NO.: 2:15-cv-4465-PMD-BM
6
   CHARLESTON PLACE, LLC, d/b/a BELMOND CHARLESTON
7  PLACE,

8                 Defendant.

9


10  DEPOSITION OF:   JENNIFER CASSELLI

11  DATE:            October 12, 2016

12  TIME:            9:47 AM

13
    LOCATION:        HITCHCOCK & POTTS
14                   31 Broad Street, 2nd Floor
                     Charleston, SC
15

16  TAKEN BY:        Counsel for the Plaintiff

17  REPORTED BY:     JANE MESSINEO, Registered
                     Professional Reporter, CSR-NJ
18

19
          A. WILLIAM ROBERTS, JR., & ASSOCIATES
20
             Fast, Accurate & Friendly
21
   Charleston, SC    Hilton Head, SC   Myrtle Beach, SC
22  (843) 722-8414    (843) 785-3263    (843) 839-3376

23
    Columbia, SC     Greenville, SC    Charlotte, NC
24  (803) 731-5224    (864) 234-7030    (704) 573-3919

25

81

```
 1              Let me have you look at the bottom
 2   portion of this exhibit, Exhibit 6.
 3              Do you recognize Plaintiff's Exhibit 6?
 4       A.   Yes, sir.
 5       Q.   This is an e-mail from Leon to you and
 6   Carol; correct?
 7       A.   Yes, sir.
 8       Q.   And it's dated April 14, 2015, the day
 9   after the protest, the day after the conversation
10   that Kim had in the cafeteria; right?
11       A.   Yes, sir.
12       Q.   Would you have received this e-mail
13   from Leon on or about April 14, 2015?
14       A.   Yes, sir.
15       Q.   Would you have read it?
16       A.   Yes.
17       Q.   Had you talked to Leon before you
18   received this e-mail?
19       A.   I don't think that I did.
20       Q.   Okay.  Leon is saying:  I don't know if
21   we have any option.
22              Do you see where he says that?
23       A.   Yes, sir.
24       Q.   Do you know what he meant by that?
25       A.   I don't.
```

Collins, Kimberly v
Charleston Place, LLC

Jennifer Casselli
October 12, 2016

119

1       Q.    What is it?

2       A.    A termination checklist for ███████

3    ███████.

4       Q.    Did you fill this out?

5       A.    Yes, sir, except for the benefits part

6    and the HR manager part.

7       Q.    You would have filled out the top?

8       A.    Yes, sir.

9       Q.    On the first page?

10      A.    Yes, sir.

11      Q.    And it identifies her as a server;

12   right?

13      A.    Yes, sir.

14      Q.    Says that she was involuntarily

15   terminated; right?

16      A.    Right.

17      Q.    Talks about a date of hire, February of

18   '97; right?

19      A.    Right.

20      Q.    Says her race is black and she's

21   female; right?

22      A.    Yes, sir.

23      Q.    And this would evidence -- this

24   document in a sense, I guess, would evidence her

25   termination from Charleston Place.

```
 1            A.    Yes, sir.
 2                  (PLF. EXH. 11, Copy of letter dated
 3     April 16, 2015, Bates stamped CONFIDENTIAL DEF
 4     003194, was marked for identification.)
 5     BY MR. POTTS:
 6            Q.    Marked as Plaintiff's 11 a letter dated
 7     April 16, 2015 that looks like it's from you.
 8            A.    Yes.
 9            Q.    I ask you if you recognize that
10     document, Jennifer?
11            A.    Yes, sir.
12            Q.    Do you recognize Plaintiff's
13     Exhibit 11?
14            A.    Yes, sir.
15            Q.    Did you prepare that document?
16            A.    Yes, sir.
17            Q.    Did you sign it?
18            A.    Yes, sir.
19            Q.    Did you provide it to � █████████ ?
20            A.    Yes, sir.
21            Q.    What's the date of this document?
22            A.    April 16, 2015.
23            Q.    So if we are remembering our dates
24     correctly, this would have been while Kim was
25     suspended but before she was terminated; right?
```

Collins, Kimberly v                                          Jennifer Casselli
Charleston Place, LLC                                        October 12, 2016

241
1              SIGNATURE OF DEPONENT (CONTINUED)

2      DEPOSITION DATE:  OCTOBER 12, 2016
       REPORTER:  JANE MESSINEO
3      AWR JOB #:  161012JM
       CASE CAPTION:  KIMBERLY COLLINS VS.
4      CHARLESTON PLACE, LLC, D/B/A BELMOND CHARLESTON
       PLACE

5

6

7      PAGE    LINE          CHANGE              REASON

8

9

10

11

12

13                     _____

14          JENNIFER CASSELLI     Date

15          I, Jane Messineo, Notary Public for the
       State of South Carolina at Large, do hereby certify
16     that the deponent was advised of his or her right
       to read and sign said deposition both verbally and
17     in writing.  If the deponent fails to execute and
       return foregoing Signature of Deponent pages within
18     the thirty (30) days allowed pursuant to the Rules
       of Civil Procedure, the original transcript may be
19     filed with the court.

20

21

22

23          _____
            Jane Messineo, RPR, CSR-NJ
            My Commission expires
24          February 18, 2025

25

A.W.R   A. WILLIAM ROBERTS, JR., & ASSOCIATES (800) 743-DEPO    Page 241
        schedledepo.com