# Plaintiff's Exhibit 9

# Plaintiff's Demand Letter to Defendant
(June 10, 2015)

*Collins v. Charleston Place, LLC*
*2:15-cv-4465-PMD-BM*

# HITCHCOCK & POTTS
ATTORNEYS AT LAW

A. CHRISTOPHER POTTS*

ROBIN L. HITCHCOCK
(1931-2007)

*ALSO ADMITTED IN GEORGIA

31 BROAD STREET, 2ND FLOOR
CHARLESTON, SOUTH CAROLINA 29401

POST OFFICE BOX 1113
CHARLESTON, SOUTH CAROLINA 29402

TELEPHONE (843) 577-5000
FAX (843) 722-8512
E-MAIL: hitchp@bellsouth.net

June 10, 2015

**CONFIDENTIAL SETTLEMENT PROPOSAL
PROTECTED FROM DISCLOSURE BY
RULE 408, SOUTH CAROLINA RULES OF EVIDENCE
AND FEDERAL RULES OF EVIDENCE**

*Certified Mail Article 7009 2250 0002 3777 8625*
*Return Receipt Requested*
*and Regular U.S. Mail*
Belmond Charleston Place
205 Meeting Street
Charleston, SC 29401

   Re: **Kimberly Collins**

To Whom It May Concern:

   Please be advised that our firm has been retained to represent Kimberly Collins regarding her past employment at Belmond Charleston Place ("BCP"). To this end, we believe BCP wrongfully terminated our client for expressing protected political opinions and because of her race. As such, by this correspondence we hereby demand that BCP compensate our client for damages sustained. The basis for and amount of the forgoing claim is set forth below.

# Redacted

Belmond Charleston Place
June 10, 2015
Page | 2

Redacted

Belmond Charleston Place
June 10, 2015
Page | 3

Redacted

Belmond Charleston Place
June 10, 2015
Page | 4

# Redacted

      If some type of an agreement is not reached on the above terms within the next thirty (30) days then we will have no choice but to continue to pursue claims against Belmond Charleston Place for, among other things, wrongful termination in violation of public policy and discrimination based upon race. Of course, if we are forced to take this action then we intend to seek the full extent of our client's damages which could easily exceed the amounts demanded herein.

                Sincerely,

                HITCHCOCK & POTTS


                A. Christopher Potts

ACP:alb
cc: Kimberly Collins