AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kimberly Collins<br>*Plaintiff*<br>v.<br>Charleston Place, LLC d/b/a Belmond Charleston Place<br>*Defendant* | )<br>)<br>) Civil Action No.   2:15-cv-4465-PMD-BM<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered that the parties' objections are overruled and that the Magistrate Judge's recommended disposition of this case is adopted. It is, therefore, further ordered that Charleston Place's motion for summary judgment is granted in part, as to Collins' federal claims, and that Collins' remaining state-law claim is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Patrick Michael Duffy, Senior United States District Judge, presiding, adopting Magistrate Judge Bristow Marchant's Report and Recommendation.


Date:   July 27, 2017                                    *CLERK OF COURT*


                                                        s/Elena Graham
                                                *Signature of Clerk or Deputy Clerk*